UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL D. ROBERTS, | ) |
| | ) |
| Respondent. | ) |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America petitions this Court to enforce the Internal Revenue Service summons served on the respondent, Michael D. Roberts.  In support, the United States avers as follows:

1.  This Court has jurisdiction over this matter under 26 U.S.C. §§ 7402 and 7602(a), and by 28 U.S.C. §§ 1340 and 1345.

2.  Venue is proper as the respondent, the summoned person, resides or may be found within the boundaries of this District.

3.   The Internal Revenue Service is conducting an examination of the federal income tax returns (Form 1041) filed by MDR Repair Trust for the years 2009 and 2010.  The examination is for the purpose of determining the correct tax liabilities of that entity for those years.

4.  The respondent, Michael D. Roberts, is the trustee for MDR Repair Trust.

5.  Mary Snow is an IRS revenue agent employed by the IRS in Cedar Rapids, Iowa, and is authorized to utilize IRS summonses.[1]

6.  In furtherance of the above-described examination, on April 26, 2012, Revenue Agent

---

[1] Mary Snow is a registered pseudonym this IRS agent uses in her official duties.

Snow issued an IRS administrative summons to Michael D. Roberts, as Trustee of MDR Repair Trust, directing him to appear before her or an IRS designee on May 7, 2012, to give testimony and produce for examination certain books, records, papers, and other data as described in the summons.

7.  An attested copy of the summons was served on the respondent by Revenue Agent Snow on April 26, 2012.

8.  The respondent appeared before Revenue Agent Snow on May 7, 2012, but did not comply with the terms of the summons. The respondent provided a Declaration of Trust and state sales tax returns for the quarters ended December 31, 2008, through September 30, 2010, but refused to produce any other information requested in the summons.

9.  By letter mailed to the respondent on May 15, 2012, the IRS requested that the respondent meet with Revenue Agent Snow on June 4, 2012, and comply with the summons.

10.  The respondent met with Revenue Agent Snow on June 4 but again failed to comply with the summons. The respondent failed to provide testimony or produce the requested information.

11.  The respondent's refusal to comply with the summons continues to date.

12.  Except for a Declaration of Trust and state sales tax returns for the quarters ended December 31, 2008, through September 30, 2010, the information sought by the summons is not already in the possession of the IRS.

13.  The testimony, books, papers, records, and other data sought by the summons may be relevant to the IRS examination, and are necessary for a full and complete examination of the federal tax liabilities of MDR Repair Trust for 2009 and 2010.

14.  All administrative steps required by the Internal Revenue Code for the issuance of

the IRS summons have been followed.

15.  No Justice Department referral, as defined by 26 U.S.C. § 7602(d), is in effect with respect to the respondent or MDR Repair Trust for the years under examination.

16.  In order to obtain enforcement of a summons, the United States must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the Internal Revenue Code.  *United States v. Powell*, 379 U.S. 48, 57-58, (1964).

17.  The Declaration of Mary Snow, submitted with the United States' Motion for Order to Show Causee, establishes the government's prima facie showing under *Powell*.

WHEREFORE, the petitioner, United States of America, respectfully requests as follows:

A.  That this Court enter an order directing the respondent to show cause, if any, why he should not comply with and obey the summons served upon him on April 26, 2012, and every requirement thereof;

B.  That this Court enter an order directing the respondent to fully comply with the subject summons and every requirement thereof, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Agent Snow, or any other proper officer of employee of the IRS, at such time and place as may be set by the IRS;

C.  That the United States recover its costs and expenses incurred in bringing this action; and

D.  That this Court grant such other and further relief as is just and proper.

Dated this 25th day of July 2012.

        Respectfully submitted,

        KATHRYN KENEALLY
        Assistant Attorney General,
        U.S. Dept. of Justice, Tax Division

        /s/ Martin M. Shoemaker
        MARTIN M. SHOEMAKER
        U.S. Dept. of Justice, Tax Division
        P.O. Box 7238
        Washington, DC  20044
        (202) 514-6491 phone
        (202) 514-6770 fax
        martin.m.shoemaker@usdoj.gov