UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL D. ROBERTS, | ) |
| | ) |
| Respondent. | ) |

**DECLARATION OF MARY SNOW**

1. I am a duly commissioned revenue agent employed by the Internal Revenue Service in Cedar Rapids, Iowa. As an IRS revenue agent I am authorized to issue IRS administrative summonses.

2. Mary Snow is a pseudonym I use for my official duties as an IRS revenue agent. This pseudonym has been registered with the IRS in accordance with IRS policies and procedures.

3. In my capacity as a revenue agent, I am conducting an examination of the federal income tax returns (Form 1041) filed by MDR Repair Trust for the years 2009 and 2010. The examination is for the purpose of determining the correct tax liabilities of that entity for those years.

4. Michael D. Roberts is the trustee for MDR Repair Trust.

5. In furtherance of the above-described examination, on April 26, 2012, I issued an IRS administrative summons to Michael D. Roberts, as Trustee of MDR Repair Trust, directing him to appear before me and/or an IRS designee on May 7, 2012, to give testimony and produce for examination certain books, records, papers, and other data as described in the summons.

6. I served an attested copy of the summons on Mr. Roberts on April 26, 2012. A true

and correct copy of the summons is attached hereto as Exhibit 1.

7. Mr. Roberts appeared before me on May 7 but did not comply with the terms of the summons. Except for providing a Declaration of Trust and state sales tax returns for the quarters ended December 31, 2008, through September 30, 2010, Mr. Roberts refused to produce the information requested in the summons. Instead, Mr. Roberts alleged that he was protected by the Fifth Amendment from providing the information.

8. Due to Mr. Roberts' failure to provide the requested information, by letter dated May 15, 2012, an IRS attorney requested that Mr. Roberts meet with me on June 4, 2012, and comply with the summons. A true and correct copy of that letter is attached hereto as Exhibit 2.

9. Mr. Roberts met with me on June 4 but again failed to comply with the summons. He failed to provide testimony or produce the requested information. At this meeting, Mr. Roberts told me that he was "bound by condition of contract to not divulge that information."

10. The refusal by Mr. Roberts to comply with the summons continues to the date of this Declaration.

11. Except for the Declaration of Trust and Iowa sales tax returns for the quarters ended December 31, 2008, through September 30, 2010, the documents and information sought by the summons are not already in the possession of the IRS.

12. The testimony, books, papers, records, and other data sought by the summons may be relevant to the IRS examination, and are necessary for a full and complete examination of the federal tax liabilities of MDR Repair Trust for 2009 and 2010.

13. All administrative steps required by the Internal Revenue Code for the issuance of the IRS summons have been followed.

14. No Justice Department referral, as defined by 26 U.S.C. § 7602(d), is in effect with

respect to Michael D. Roberts or MDR Repair Trust for the years under examination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___12th___ day of July 2012 in Cedar Rapids, Iowa.

                                                      _/s/ Mary Snow_
                                                      MARY SNOW



# Summons

In the matter of  MDR Repair Trust
Internal Revenue Service (Division): Small Business/ Self Employed Examination
Industry/Area (name or number): Midwest Area: St. Louis 2 Territory: Group 10
Periods: Ending December 31, 2009 and December 31, 2010

## The Commissioner of Internal Revenue

To: Michael D. Roberts, Trustee of MDR Repair Trust
At: 5023 230th Street, Deep River, Iowa 52222

You are hereby summoned and required to appear before Revenue Agent Mary Snow, ID #39-01002, and/or her designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See attachment.

GOVERNMENT EXHIBIT 1

Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:
425 2nd Street SE, Suite 500, Cedar Rapids, Iowa 52401 (319) 375-9108

Place and time for appearance at  Internal Revenue Service office, 425 2nd Street SE, Suite 500, Cedar Rapids, Ia

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the 7th day of May at 9 o'clock a.m.
issued under authority of the Internal Revenue Code this 26th day of April, 2012

Signature of issuing officer — Mary Snow — Revenue Agent / Title
Signature of approving officer (if applicable) — Supervisory Revenue Agent / Title

Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: April 26, 2012   Time: 10:05 A.M.

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Michael D. Roberts, Trustee of MDR Repair Tr 5023 230th Street, Deep River, Iowa 52222

Signature: Mary Snow   Title: Revenue Agent

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☒ No notice is required.

Signature: Mary Snow   Title: Revenue Agent

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____   Title: _____

Form 2039 (Rev. 10-2010)

# ATTACHMENT TO SUMMONS

| | |
|---|---|
| Issued to: | Michael D Roberts, Trustee of MDR Repair Trust |
| In the matter of: | MDR Repair Trust |
| Address: | 5023 230th Street, Deep River, Iowa 52222 |
| Periods: | Periods ended December 31, 2009 and December 31, 2010 |

1. <u>Complete</u> copy of the governing trust instrument, with all attachments, schedules, and amendments to date.
2. Minutes of all meetings of the trustees and all trustee resolutions, from January 1, 2009 to the present time.
3. Records regarding the appointment, resignation or termination of trustees, from creation of MDR Repair Trust to the present time.
4. Operating manual or other instructions, including letters of wishes, which describe the operations of MDR Repair Trust.
5. Identification of all former and current trustees, including name, address, telephone number, and Taxpayer Identification Number, from the date of creation of MDR Repair Trust to the present time.
6. Identification of all certificate holders and beneficiaries, including name, address, telephone number, and Taxpayer Identification Number, from the date of creation of MDR Repair Trust to the present time.
7. Records of all property transfers by the trust, whether by gift, sale, exchange or otherwise from the creation of MDR Repair trust to the present time.
8. Identify all property of the trust, whether received by gift, sale, exchange or otherwise, from January 1, 2009 through December 31, 2010 and produce all records of said property.
9. Records of all financial accounts (bank, savings & loan, credit union, brokerage or other, wherever located) including, but not limited to, statements, deposit slips, credit memos, canceled checks and debit memos for the period December 1, 2008 through January 31, 2011.
10. All accounting books and records, including but not limited to, the general ledger, journals or other books for sales and receipts for the amounts shown on the returns

    - Other income of $146,384.00 as shown on Form 1041 Line 8 in 2009 and
    - Other income of $153,976.00 as shown on Form 1041 Line 8 in 2010,

    disbursements, expenses and purchases journals or other books for the amounts shown on the returns

    - Taxes of $5,368.00 shown on Form 1041, Line 11 in 2009 and
    - Taxes of $7,094.00 shown on Form 1041, Line 11 in 2010 and

    - Charitable deduction of $4,187.00 shown on Form 1041, Line 13 in 2009 and
    - Charitable deduction of $2,521.00 shown on Form 1041, Line 13 in 2010 and

    - Other deductions **not** subject to the 2% floor of $136,829.00 shown on Form 1041, Line 15a in 2009 and
    - Other deductions **not** subject to the 2% floor of $144,361.00 shown on Form 1041, Line 15a in 2010, and

    books and records of receivables and payables; payroll ledger; depreciation schedules, if applicable. Also provide all associated records and all work papers used in the preparation of the trust's tax returns (whether filed or not filed) and all financial statements.
11. Copies of information items issued or received by MDR Repair Trust, including but not limited to W-2's, W-2G's, 1099's and K-1's for the 2009 and 2010 years.

12. Copies of all income tax returns of MDR Repair Trust and any entity in which MDR Repair Trust had a beneficial or ownership interest, including but not limited to 1041, 1065, 1120, 1120S for the years ended December 31, 2008, 2009 and 2010. If applicable, copies of all employment tax returns of MDR Repair Trust, including but not limited to Forms 940, 941, 944 and/or 943 for the years ended December 31, 2008, 2009 and 2010.
13. Copies of State of Iowa sales tax returns for the years ended December 31, 2008, 2009 and 2010, whether filed or not filed.
14. Copies of lease agreements that MDR Repair Trust entered into and/or were in effect for the years 2009 and 2010.
15. Detailed depreciation schedule, if applicable for the 2009 and 2010 years.
16. Loan documents, including promissory notes, deeds of trust, security agreements, financial statements, etc., for all loans entered into or in effect for MDR Repair Trust for the 2009 and 2010 years.
17. Records to establish the basis of all assets held by the trust, whether acquired from the grantor or otherwise, from January 1, 2009 through December 31, 2010, including but not limited to invoices, purchase agreements, and names and addresses of the persons who transferred property to the trust. For property acquired from the grantor, provide information showing the grantor's basis in the property immediately before the transfer.
18. If MDR Repair Trust is engaged in a business activity and the business activity is managed by someone who is not a trustee, provide the person's name, address, and Social Security Number, and explain the extent of their ability to control the funds and other property of the trust for the 2009 and 2010 years.
19. Copies of contracts for services by or for the trust for the 2009 and 2010 years.
20. Identify all amounts of income received from every source, including but not limited to wages, compensation for services, sale proceeds, interest, dividends, in-kind receipts and all income whether taxable or not for the 2009 and 2010 years. For each item, identify the party from whom the amount or in-kind payment was received, the date thereof, and the reason for which the amount or in-kind property was received. Provide all records and documentation relating to each amount or item.

**If the business books are maintained on Quick Books please provide any information listed above in a back up of Quick Books with the following information:**

Please provide the following:

1. Year-end work papers and reports:
   - Worksheet reconciling the QuickBooks electronic books and records to the tax return for the tax year ending 2009 and 2010.
   - Adjusting journal entries and closing entries for the tax year ending 2009 and 2010.

2. A copy of the original electronic backup file of the QuickBooks books and records that includes the period from December 31, 2008 through January 1, 2011. This copy should not be an altered version of the QuickBooks data but rather a copy of the original electronic backup file.

   The QuickBooks backup file should include any changes to the data entered after year end and should have a file extension of QBB. The backup file can be provided on a CD, DVD, or thumb/jump drive.

3. The QuickBooks administrator's user name and password for the backup file requested in item 2 above. Please note that you may temporarily change the administrator's password before copying the electronic backup file for the IRS in response to this IDR; then you may change the password back to the original "standard" one within your main QuickBooks working file.

4. The Version (i.e., year) and the Edition (e.g., Pro, Premier, Enterprise Solutions) of QuickBooks used to create the backup file.

If you maintain books and records in an electronic format OTHER THAN QUICK BOOKS, please call the agent so that we can discuss how the records need to be submitted.



OFFICE OF
CHIEF COUNSEL

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
1222 SPRUCE STREET
ROOM 6.301A
ST. LOUIS, MO 63103
(314) 612-3300
FAX: (314) 612-3320

CC:SB:9:STL:GL-120511-12
SKBollman

MAY 15 2012

Michael D. Roberts, Trustee
MDR Repair Trust
5023 230th Street
Deep River, IA 52222

Dear Mr. Roberts:

A summons was served on you on April 26, 2012. Under the terms of the summons, you were required to appear before Revenue Agent Mary Snow on May 7, 2012, with documents and records for MDR Repair Trust. RA Snow has notified our office that you did not comply with the terms of the summons.

The summons, a copy of which is enclosed, requires you to produce documents, records, and other information described in the summons regarding MDR Repair Trust for 2009 and 2010.

Your continued failure to comply with this summons may lead to legal proceedings being brought against you in the United States District Court to show cause why you should not be ordered by the Court to comply with the summons.

To avoid such proceedings, you are to appear before Revenue Agent:

    Name: Mary Snow
    Date: June 4, 2012
    Time: 9:00 a.m.
    Address: 425 2nd Street SE
    Suite 500
    Cedar Rapids, IA 52401

Any books, records, or other documents called for in the summons should be produced at that time. You should also be prepared to provide testimony about those books and records and generally about MDR Repair Trust.

GOVERNMENT EXHIBIT 2

GL-120511-12                                                2

Note that a custodian of records does not have a Fifth Amendment privilege against self-incrimination with regard to records of the entity he represents.  See Braswell v. United States, 487 U.S. 99 (1988).  As the trustee of MDR Repair Trust, you must produce documents on behalf of the trust.

If you have any questions, please contact Revenue Agent Mary Snow at (319) 375-9108.

            Sincerely,

            (Signed) Susan K. Bollman

            SUSAN K. BOLLMAN
            Senior Attorney (St. Louis)
            (Small Business/Self-Employed)

Enclosure:
  Copy of Summons

cc:  Revenue Agent Mary Snow
    425 2nd Street SE
    Suite 500
    Cedar Rapids, IA 52401

SKB:rtd: 05-15-12